**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JOHN ROBERT LEIDECKER, #66326-004**　　　　　　　　　　　　**PETITIONER**

**VS.**　　　　　　　　　　**CIVIL ACTION NO. 5:07-cv192-DCB-MTP**

**CONSTANCE REESE, WARDEN**　　　　　　　　　　　　　　　**RESPONDENT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as to the jurisdictional issue, and without prejudice regarding all other issues

SO ORDERED AND ADJUDGED, this the   15th   day of January, 2008.


　　　　　　　　　　　　　　　　　　　　　s/ David Bramlette
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE